ELIZABETH L. GEORGE, Appellant, *v.* HARVEY O. DOBSON
et al., as Executors of JAMES J. FOX, Deceased, Defend-
ants, and ROBERT A. BLACK et al., Respondents.

Argued November 18, 1941; decided December 10, 1941.

*George J. Warmund* for appellant.
*Frederick Sheffield, Bertram F. Willcox* and *James P.
Cronan, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.